# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA

Brunswick Division

| | | |
|---|---|---|
| United States Of America | ) | |
| vs | ) | CASE NUMBER Cr298-16 |
| Paul McGowan | ) | |

## ORDER

The Judgment of this Court in the above entitled action having been affirmed by the U. S. Court of Appeals;

IT IS HEREBY ORDERED that the Judgment of the Eleventh Circuit, U. S. Court of Appeals, is made the judgment of this court.

This 29 day of August, 2006.

_____
UNITED STATES DISTRICT COURT JUDGE
SOUTHERN DISTRICT OF GEORGIA